FILED

MAR 2 2 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WOMACK+HAMPTON ARCHITECTS, L.L.C. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.A 01CA 59 1 JN |
| | § | |
| METRIC HOLDINGS LTD., PARTNERSHIP; CHILES ARCHITECTS, INC.; TRAMMELL CROW RESIDENTIAL COMPANY; TCR OPERATING COMPANY, INC.; TCR METRIC, L.P.; SOUTH CENTRAL RS, INC.; TCR SOUTH CENTRAL, INC.; TCR SOUTH CENTRAL1995, INC.; TCR SOUTH CENTRAL DIVISION L.P.; TCR METRIC CONSTRUCTION LTD. PARTNERSHIP; GARY CHILES; ROBERT BUZBEE; LEWIS BUNCH; KENNETH J. VALACH; PERRY WILSON; CHRIS WHEELER; J. RONALD TERWILLIGER Individuals | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S SECOND AMENDED COMPLAINT**

WOMACK+HAMPTON ARCHITECTS, L.L.C., Plaintiff, brings this action against

METRIC HOLDINGS, LTD PARTNERSHIP; CHILES ARCHITECTS, INC.; TRAMMELL

CROW RESIDENTIAL COMPANY; TCR SOUTH CENTRAL 1995, INC., TCR OPERATING

COMPANY, INC.; TCR METRIC L.P.; SOUTH CENTRAL RS, INC.; TCR SOUTH

CENTRAL, INC.; TCR SOUTH CENTRAL DIVISION L.P.; TCR METRIC

CONSTRUCTION LTD. PARTNERSHIP; GARY CHILES; ROBERT BUZBEE; LEWIS

BUNCH; KENNETH J. VALACH; PERRY WILSON; CHRIS WHEELER; and J. RONALD

TERWILLIGER, Defendants, and alleges that:

40

# I.
# PARTIES

1.      Plaintiff, WOMACK+HAMPTON ARCHITECTS, L.L.C. (hereinafter "WOMACK +HAMPTON") is a limited liability corporation organized under the laws of the State of Texas with its principal place of business in Dallas, Texas.

2.      Defendant, Trammell Crow Residential group of companies

      a.      Defendant, TRAMMELL CROW RESIDENTIAL COMPANY (hereinafter "TCR") is a corporation organized under the laws of the State of Texas and may be served by serving its legal representative, Richard D. Yeomans, at 515 Congress Avenue, Suite 2300, Austin, Texas 78701.

      b.      Defendant, METRIC HOLDINGS, LTD. PARTNERSHIP (hereinafter "METRIC") was and/or is a limited partnership organized under the laws of the State of Texas and may be served by serving its legal representative, Richard D. Yeomans, at 515 Congress Avenue, Suite 2300, Austin, Texas 78701.

      c.      Defendant, TCR SOUTH CENTRAL 1995, INC. ("TCR 1995") is a corporation organized under the laws of the State of Texas and may be served by serving its registered agent Corporation Service Company d/b/a CSC at 800 Brazos Street, Austin, Texas 78701.  Plaintiff is informed that TCR 1995, is the general partner of METRIC.

      d.      Defendant, TCR SOUTH CENTRAL DIVISION L.P. ("TCR SOUTH CENTRAL") is a partnership organized under the laws of the State of Texas. Service on TCR South Central may be accomplished by serving its registered agent, Corporation Service Company, at 800 Brazos, Austin, Texas 78701.

      e.      Defendant, TCR METRIC CONSTRUCTION LTD. PARTNERSHIP ("TCR METRIC CONSTRUCTION") is a partnership organized under the laws of the State of Texas.

Service on TCR METRIC CONSTRUCTION may be accomplished by serving its registered agent, Corporation Service Company, at 800 Brazos, Austin, Texas 78701.

        f.       Defendant, TCR OPERATING COMPANY, INC. ("TCRO") is a corporation organized under the laws of the State of Texas. Service on TCRO. can be accomplished by serving its registered agent, Gary Thomas Crum, 11 Greenway Plaza, Suite 1919, Houston, Texas 77046.

        g.       Defendant, TCR METRIC L.P. ("TCR METRIC") is a partnership organized under the laws of the State of Texas. Service on TCR METRIC can be accomplished by serving its registered agent, Gary Thomas Crum, 11 Greenway Plaza, Suite 1919, Houston, Texas 77046.

        h.       Defendant, SOUTH CENTRAL RS, INC. ("SCRS")is a corporation organized under the laws of the State of Texas. Service on SOUTH CENTRAL RS, INC. can be accomplished by serving its registered agent, Gary Thomas Crum, 11 Greenway Plaza, Suite 1919, Houston, Texas 77046.

        i.       TCR SOUTH CENTRAL, INC. ("SCRS ") is a corporation organized under the laws of the State of Texas. Service on TCR SOUTH can be accomplished by serving its registered agent, Gary Thomas Crum, 11 Greenway Plaza, Suite 1919, Houston, Texas 77046.

Each of these entities have or are doing business as Trammell Crow Residential.

        3.       Defendant CHILES ARCHITECTS, INC. (hereinafter "CHILES ARCHITECTS") is a corporation organized under the laws of the State of Texas and may be served by serving its legal representative, Rick Harrison, at 100 Congress Avenue, Suite 1550, Austin, Texas 78701.

        4.       Defendant, ROBERT BUZBEE ("BUZBEE") is an individual employed by Defendant TCR. BUZBEE may be served by serving Richard D. Yeomans at 515 Congress Avenue, Suite 2300, Austin, Texas 78701. BUZBEE is or has conducted business and held himself out as a representative of Trammell Crow Residential.

5.      Defendant, GARY CHILES ("CHILES") is the owner of Chiles Architects Inc. and may be served with service at his residence, 3218 Bridle Path, Austin, Texas 78703.

6.      Defendant, LEWIS BUNCH ("BUNCH") is a former employee of TCR and may be served with service at his residence, 6834 Cantrell Road, Little, Rock, Arkansas, 72207.  BUNCH has conducted business and held himself out as am employee of Trammell Crow Residential.

7.      Defendant, KENNETH J. VALACH ("VALACH") is an individual employed by Defendant TCR.  By agreement, VALACH may be served by serving Richard D. Yeomans at 515 Congress Avenue, Suite 2300, Austin, Texas 78701.  VALACH is or has conducted business and held himself out as a representative of Trammell Crow Residential.

8.      Defendant, PERRY WILSON ("WILSON") is an individual employed by TCR.  By agreement, WILSON may be served by serving Richard D. Yeomans, 515 Congress, Suite 2300, Austin, Texas 78701.  WILSON is or has conducted business and held himself out as a representative of Trammell Crow Residential.

9.      Defendant, J. RONALD TERWILLIGER ("TERWILLIGER") is an individual employed by TCR.  TERWILLIGER may be served at his place of business, 2859 Paces Ferry Road, Suite 1100, Atlanta, Georgia, 30339. TERWILLIGER is or has conducted business and held himself out as a representative of Trammell Crow Residential.

10.     Defendant, CHRIS WHEELER ("WHEELER") is an individual formerly employed by Defendant, TCRC.  WHEELER may be served at his place of business,  2859 Paces Ferry Road, Suite 1450, Atlanta, Georgia, 30339. WHEELER is or has conducted business and held himself out as a representative of Trammell Crow Residential.

**II.**
## AUTHORITY OF CORPORATE AND PARTNERSHIP DEFENDANTS' AGENTS, SERVANTS, EMPLOYEES AND REPRESENTATIVES

11.     Whenever in this Complaint it is alleged that a corporate or partnership Defendant did any act or thing, it is meant that such corporate or partnership Defendants' officers, servants, employees or representatives did such act or thing and that at the time such act or thing was done, it was done with the full authorization or ratification of such corporate or partnership Defendant or was done in the normal and routine course and scope, or was actual, apparent and/or implied authority of such corporate or partnership Defendant's officers, agents, servants, employees or representatives, or after it was done, the same was ratified, confirmed, or approved, or the benefits thereof accepted such that the Defendant is estopped to deny same.

**III.**
## JURISDICTION AND VENUE

12.     This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.,* and specifically the Architectural Works Copyright Protection Act, as enacted on December 1, 1990.

13.     This Court has jurisdiction over the copyright claims under 28 U.S.C. §§ 1331 and 1338(a).

14.     Venue is proper in this district pursuant to 28 U.S.C.§ § 1400(a) and 1391(b)  since at least one Defendant resides in this judicial district and this district is where a substantial portion of those acts giving rise to infringement occurred.

**IV.**
## FACTUAL BACKGROUND

15.     In or about 1995, WHJV developed original architectural plans for an apartment complex to be built in Ft. Worth, Texas under the name "Cambria Place".  In or about May, 1997, WHJV also developed original architectural plans for an apartment complex to be built in Plano,

Texas under the name "Reserve at Charles Place".    In or about 1998, WHJV developed original architectural plans for an apartment complex to be built in Houston, Texas, under the name "Windfern." In or about 1998, WHJV also developed original architectural plans for an apartment complex to be built in Dallas, Texas, under the name of "The Reserve at Cheyenne". The "Reserve at Cheyenne", "Winfern", "Cambria Place" and "Reserve at Charles Place" will be collectively be referred to as the "SUBJECT WORKS".

16.    In or about August, 2001, WOMACK + HAMPTON, as the assignee of all rights, title and interest in the copyrights in the "Reserve at Cheyenne" and "Windfern", made application for registration with the United States Copyright Office. Those applications issued as registration Nos. VA-1-088-511 and VA-1-089-750. Copies of these registrations are attached herewith as Exhibits "A" and "B", respectively.

17.    In or about October, 2001, WOMACK+HAMPTON, as the assignee of all rights, title and interest in the copyrights in the "Cambria Place" and "The Reserve at Charles Place", made application for registration with the United States Copyright Office. The application for "Cambria Place" issued as registration No. VA 1-103-102, a copy of which is attached hereto as Exhibit "C". The application for the "Reserve at Charles Place" issued as registration no. VA 1-103-120, a copy of which is attached hereto as Exhibit "D".

18.    In or about 1998, Plaintiff discovered that entities within the Trammell Crow group of companies had commissioned Defendant CHILES ARCHITECTS to copy the "Reserve at Cheyenne" and the "Windfern",  and from those works, METRIC and/or other entities within the Trammell Crow Residential group of companies had commenced to build or cause to be built an apartment complex in Austin by the name of "Winfern",  subsequently renamed the "Reserve at North Bend".   As a result of discovery, WOMACK+HAMPTON additionally believes that

Defendants, individually or collectively, also copied the architectural works in the clubhouse designs appearing in "Cambria Place" and the "Reserve at Charles Place".

19.     CHILES, the owner of Defendant, CHILES ARCHITECTS, substantially contributed to the infringement by those CHILES ARCHITECTS of the SUBJECT WORKS. TERWILLIGER, BUZBEE, BUNCH, VALACH, WILSON and WHEELER substantially contributed to the infringement of the SUBJECT WORKS by those entities within the Trammell Crow Residential group of companies and/or possessed a right and ability to supervise the conduct of those who directly participated in the acts of infringement.   Moreover, each of the Defendants, TERWILLLIGER, CHILES, BUZBEE, BUNCH, VALACH, WILSON and WHEELER had an obvious and direct financial interest in the unauthorized exploitation and use of the SUBJECT WORKS.

20.     Defendant CHILES ARCHITECTS' acts in copying the SUBJECT WORKS and Defendants' construction of the "Winfern" complex in Austin from the SUBJECT WORKS was without license or authorization from Plaintiff.

21.     Plaintiff made demand upon Defendants to cease and desist their unauthorized copying and use of the SUBJECT WORKS, but Defendants refused to do so.  At least as a result of Plaintiff's demand, individual Defendants, TERWILLIGER, CHILES, BUZBEE, BUNCH, VALACH, WILSON and WHEELER knew or should have known of Plaintiff's copyrights in the SUBJECT WORKS and of Plaintiff's allegations of infringement of those works.

22.     On information and belief, named Defendants within the Trammell Crow Residential group of companies completed construction of the "Winfern" apartment complex in Austin in or about 1999.

23.     Only through discovery in this case has Plaintiff been able to discover the true identity and relationship between those individuals doing business as Trammell Crow Residential

and those entities within the Trammell Crow Residential group of companies.  Five additional corporate Defendants and seven individuals were added to this lawsuit upon discovery of their true identity and relationship.  Thus, any claim of limitations by individual defendant or entity within the Trammell Crow Residential group of companies are tolled and/or they are equitably estopped from claiming same.  As a result, Plaintiff pleads the discovery rule, equitable estoppel, fraudulent concealment and tolling of limitations.

## V.
## COUNT ONE - COPYRIGHT INFRINGEMENT

24.     Plaintiff realleges each and every allegation set forth in paragraphs 1-23 above, and herein incorporates these allegations by reference as if fully set forth at length.

25.     Plaintiff did not authorize Defendants' copying of the SUBJECT WORKS and further did not authorize Defendants' use of the SUBJECT WORKS to construct  the "Winfern" apartment complex in Austin, as described above.

26.     Copying of the SUBJECT WORKS and construction of structures incorporating the SUBJECT WORKS is a direct infringement of Plaintiff's rights under 17 U.S.C. § 101 *et seq.*, for which Plaintiff seeks to recover damages.

## VI.
## COUNT TWO - INDUCEMENT TO INFRINGEMENT

27.     Plaintiff realleges each and every allegation set forth in paragraphs 1-26 above, and herein incorporates them by reference as if fully set forth at length.

28.     On information and belief, Defendants doing business within the Trammell Crow Residential group of companies induced Defendant CHILES ARCHITECTS to copy the SUBJECT WORKS for use in constructing the infringing "Winfern" apartment complex in Austin.

29.     Defendants, CHILES ARCHITECTS and CHILES, by designing the infringing "Winfern" apartment complex, induced Defendants, including Defendants within the Trammell Crow Residential group of companies, to infringe Plaintiff's copyrights in the SUBJECT WORKS.

30.     The acts of those entities and individuals within the Trammell Crow Residential group of companies, constitute inducement of copyright infringement, for which Plaintiff seeks to recover damages.  Similarly, CHILES ARCHITECTS and CHILES are also liable for inducement to infringe.

## VII.
## COUNT THREE - CONTRIBUTORY INFRINGEMENT

31.     Plaintiff realleges each and every allegation set forth in paragraphs 1-30 above, and herein incorporates these allegations by reference as if fully set forth at length.

32.     Defendant, CHILES, with knowledge or reason to know of the infringing conduct by CHILES ARCHITECTS, materially contributed to the infringement of the SUBJECT WORKS.

33.     Defendants, TERWILLIGER, BUZBEE, BUNCH, VALACH, WILSON and WHEELER each with knowledge or reason to know of the infringing activity by those identified Defendants within the Trammell Crow group of companies, materially contributed to the infringement of the SUBJECT WORKS by these Defendants.

34.     As a result of such knowledge and individual contribution, CHILES, BUZBEE, BUNCH, VALACH, WILSON and WHEELER are each personally liable as contributory infringers.

## VIII.
## VICARIOUS LIABILITY

35.     Plaintiff realleges each and every allegation set forth in paragraphs 1-34 above, and herein incorporates these allegations by reference as if fully set forth at length.

36.     Defendant, CHILES, had a right and ability to supervise the infringing conduct by CHILES ARCHITECTS.  Moreover, CHILES, as the owner of CHILES ARCHITECTS, had an obvious and direct financial interest in the infringement of the SUBJECT WORKS.

37.     Defendants, TERWILLIGER, BUZBEE, BUNCH, VALACH, WILSON and WHEELER each had the right and ability to supervise the infringement of the SUBJECT WORK by those individual Defendants had an obvious and direct financial interest in the infringement of the SUBJECT WORKS.

38.     As a result of such supervision and/or ability to supervise, coupled with a pecuniary interest, CHILES, BUZBEE, BUNCH, VALACH, WILSON and WHEELER are each vicariously liable.

## IX.
## RELIEF

39.     Plaintiff is entitled to recover from Defendants its actual damages, including attorneys' fees, sustained as a result of Defendants' infringement. Plaintiff is also entitled to recover any gains, profits, and advantages obtained by Defendants as a result of their infringing acts, as described above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

40.     Plaintiff is entitled to injunctive relief to prevent Defendants from engaging in further acts of infringement of the SUBJECT WORKS.

## X.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.     That the Court find that Defendants have infringed Plaintiff's copyrights in the SUBJECT WORKS.

2.      That the Court find that those Defendants within the Trammel Crow Residential group of companies have actively induced infringement of Plaintiff's registered copyrights in the SUBJECT WORKS.

3.      That the Court find that Defendants, CHILES ARCHITECTS and CHILES have actively induced infringement of Plaintiff's registered copyrights in the SUBJECT WORKS.

4.      That the Court find that TERWILLIGER, CHILES, BUZBEE, BUNCH, VALACH and WILSON  have contributed to the infringement of Plaintiff's copyrights in the SUBJECT WORKS.

5.      That the Court find that TERWILLIGER, CHILES, BUZBEE, BUNCH, VALACH and WILSON are each vicariously liable for the infringement of Plaintiff's copyrights in the SUBJECT WORKS.

6.      That Defendants, their directors, officers, agents, servants, employees, distributors, and all other persons in active concert or privity or in participation with them, be preliminarily and permanently enjoined from directly or indirectly or by any contributory manner infringing Plaintiff's registered copyrights in the SUBJECT WORKS and from continuing to market, offer, sell, dispose of, license, transfer, display, advertise, reproduce, develop, construct, or manufacture any works derived or copied from the SUBJECT WORKS or to participate or assist in any such activity.

7.      That judgment be entered for Plaintiff and against Defendants for Plaintiff's actual damages.

8.      That judgment be entered for Plaintiff and against Defendants for Defendants' gains, profits, and advantages derived from their acts of infringement of Plaintiff's registered copyrights in the SUBJECT WORKS pursuant to 17 U.S.C. § 504.

9.      That Plaintiff have judgment against Defendants for Plaintiff's costs and attorneys' fees pursuant to 17 U.S.C. § 505.

10.     That the Court grant such other, further and different relief as the Court deems proper under the circumstances.

Respectfully submitted,

**SANKEY & LUCK, L.L.P.**

By:     _____
Gregory M. Luck
State Bar No. 12666380
600 Travis Street
Suite 6200
Houston, Texas  77002
(713) 224-1007
(713) 223-7737  (Fax)

TROP, PRUNER & HU, P.C.
Timothy N. Trop
State Bar No. 20236600
8554 Katy Freeway, Suite 100
Houston, Texas 77024
(713) 468-8880
(713) 468-8883 (Fax)

ATTORNEYS FOR PLAINTIFF
WOMACK+HAMPTON ARCHITECTS L.L.C.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable to a jury.

Respectfully submitted,

**SANKEY & LUCK, L.L.P.**

By: _____

Gregory M. Luck
State Bar No. 12666380
600 Travis Street
Suite 6200
Houston, Texas 77002
(713) 224-1007
(713) 223-7737 (Fax)

TROP, PRUNER & HU, P.C.
State Bar No. 20236600
Timothy N. Trop
8554 Katy Freeway, Suite 100
Houston, Texas 77024
(713) 468-8880
(713) 468-8883 (Fax)

ATTORNEYS FOR PLAINTIFF
WOMACK+HAMPTON ARCHITECTS L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of PLAINTIFF'S FIRST AMENDED

COMPLAINT has been served by certified mail, return receipt requested on this *21st* day of

March, 2002 on the following:

Rick Harrison
Rick Harrison & Associates
100 Congress Ave., Suite 1550
Austin, Texas 78701

Richard D. Yeomans
Graves, Dougherty, Hearon & Moody
515 Congress Ave., Suite 2300
Austin, Texas 78701

_____
Gregory M. Luck

G:\WOMA\005\Pleadings\Plaintiff's Second Amended Complaint.wpd

# EXHIBIT "A"

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
Rf



**VA 1-088-511**

EFFECTIVE DATE OF REGISTRATION

| 08 | 03 | 2001 |
|----|----|------|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Reserve at Cheyenne
First building completed: May 1999;  Project completed: September 1999

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give.   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**
Womack+Hampton Architectural Joint Venture, employer of Charles R. Womack and R. Michael Hampton

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**Year In Which Creation of This Work Was Completed**
1998
◀Year◀ This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 31   Year ▶ 1999
United States   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Womack+Hampton Architects, L.L.C.

APPLICATION RECEIVED
AUG 03 2001
ONE DEPOSIT RECEIVED
AUG 03 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

\* Added by CO per authority granted by Matt Waldrop,
of Sankey & Luck, L.L.P., in conversation August
9, 2001.

EXAMINED BY  *JAH*

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1.) Windfern

2.) Reserve at Willowlake  - leasing office/clubhouse only

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

The present plans use brick and stucco elevation materials, a 2-story building configuration, and revised floorplans.
The revised floorplans add bathrooms and fireplaces, and relocate closets and washer-dryers.  Unit "C2" of this plan is
an entirely new unit plan not derrived from any previous work.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sankey & Luck, L.L.P.
Care of Greg Luck
6200 Chase Tower, 600 Travis
Houston, Texas 77002

Area code and daytime telephone number ▶  ( 713 ) 224-1007          Fax number  ▶  ( 713 ) 223-7737

Email▶  gluck@sankeyluck.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Womack+Hampton Architects, L.L.C.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gregory M. Luck, Sankey & Luck, L.L.P.          Date▶  8/1/01

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sankey & Luck, L.L.P.

Number/Street/Apt ▼
6200 Chase Tower, 600 Travis

City/State/ZIP ▼
Houston, Texas 77002

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1999—100,000
WEB REV: June 1999          ⊕ PRINTED ON RECYCLED PAPER          ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# EXHIBIT "B"

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-089-750**

EFFECTIVE DATE OF REGISTRATION

| 08 | 09 | 2 0 0 1 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Windfern
First building completed: March 1999;  Project completed: October 1999

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2 a

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Womack+Hampton Architectural Joint Venture, employer of Charles R. Womack and R. Michael Hampton

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☑ Architectural work

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3 a

**Year in Which Creation of This Work Was Completed**
1998 ◀ Year
This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ ✱ 31    Year ▶ 1999
United States ◀ Nation
(est.)

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Womack+Hampton Architects, L.L.C.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

APPLICATION RECEIVED
AUG 09 2001
ONE DEPOSIT RECEIVED
AUG 09 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

\* Added by CO per authority g ..ted by Matt Waldrop,
authorized agent of Saney & Luck, L.L.P., in
.conversation August 17, 2001.

| EXAMINED BY  _JLH_ | FORM VA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sankey & Luck, L.L.P.
Care of Greg Luck
6200 Chase Tower, 600 Travis
Houston, Texas 77002

b

Area code and daytime telephone number ▶ ( 713 ) 224-1007          Fax number ▶ ( 713 ) 223-7737

Email ▶ gluck@sankeyluck.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Womack+Hampton Architects, L.L.C.**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gregory M. Luck, Sankey & Luck, L.L.P.          Date▶ _8/8/01_

☞ Handwritten signature (X) ▼

X _Signature_

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Sankey & Luck, L.L.P. |
| | **Number/Street/Apt ▼** 6200 Chase Tower, 600 Travis |
| | **City/State/ZIP ▼** Houston, Texas 77002 |

**•YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# EXHIBIT "C"

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



## FORM VA
**For a Work of the Visual Arts**

VA 1-103-102

| | |
|---|---|
| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

OCT 1 2 2001

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Cambria Place
First building completed: January 1996; Project completed: October 1996

**NATURE OF THIS WORK ▼** See Instructions
Architectural Work

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Stonegate, Reserve at Stonegate

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2
### a

**NAME OF AUTHOR ▼**
Womack+Hampton Architectural Joint Venture, employer of Charles R. Womack and R. Michael Hampton

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☑ Architectural work

### b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

## 3
### a
**Year in Which Creation of This Work Was Completed**
1995
◀ Year in all cases.
This information must be given

### b
**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 31    Year ▶ 1996
United States
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Womack+Hampton Architects, L.L.C.

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

**APPLICATION RECEIVED**
OCT 1 2 2001
**ONE DEPOSIT RECEIVED**
OCT 1 2 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY  *JM* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sankey & Luck, L.L.P.
Care of Greg Luck
6200 Chase Tower, 600 Travis
Houston, Texas 77002

b

Area code and daytime telephone number ▶ ( 713 ) 224-1007      Fax number ▶ ( 713 ) 223-7737
Email ▶ gluck@sankeyluck.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Womack+Hampton Architects, L.L.C.**
           Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
W. Matthew Waldrop, Sankey & Luck, L.L.P.      Date▶ *10/11/01*

Handwritten signature (X) ▼
x *W. M. Waldrop*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Sankey & Luck, L.L.P. | |
|---|---|---|
| | Number/Street/Apt ▼<br>6200 Chase Tower, 600 Travis | |
| | City/State/ZIP ▼<br>Houston, Texas 77002 | |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER      ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# EXHIBIT "D"

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE
RE

VA 1-103-120

**EFFECTIVE DATE OF REGISTRATION**

OCT 1 2 2001
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Reserve at Charles Place
First building completed: May 1997;  Project completed: December 1997

**NATURE OF THIS WORK ▼ See Instructions**

Architectural Work

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▼**

Womack+Hampton Architectural Joint Venture, employer of Charles R. Womack and R. Michael Hampton

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☒ Architectural work

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

## 3

**a**  **Year in Which Creation of This Work Was Completed**
1997
◀ Year   **This information must be given in all cases.**

**b**  **Date and Nation of First Publication of This Particular Work.**
Complete this information Month ▶ May   Day ▶ 7   Year ▶ 1997
ONLY if this work has been published.   United States   ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Womack+Hampton Architects, L.L.C.

**APPLICATION RECEIVED**
OCT 1 2 2001
**ONE DEPOSIT RECEIVED**
OCT 1 2 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**\* Amended by C.O. by authority of phone conversation on November 7, 2001 with Mr. Greg Luck.**

EXAMINED BY _JM_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Cambria Place

b. **Material Added to This Work** _*to create new architectural work changes._
The present plans use revised floorplans. The revised floorplans enlarge the sitting and lounge areas, maintenance rooms, and exercise rooms. The revised floorplans also relocate the laundry room and public restrooms, and add computer rooms and restrooms.

**6**

See instructions before completing this space.

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sankey & Luck, L.L.P.
Care of Greg Luck
6200 Chase Tower, 600 Travis
Houston, Texas 77002

Area code and daytime telephone number ▶ ( 713 ) 224-1007          Fax number ▶ ( 713 ) 223-7737

Email ▶ gluck@sankeyluck.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the:
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Womack+Hampton Architects, L.L.C._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
W. Matthew Waldrop, Sankey & Luck, L.L.P.          Date ▶ _10 / 11 / 01_

Handwritten signature (X) ▼
x _W. M. Waldrop_

Certificate will be mailed in window envelope to this address:
**Name ▼**
Sankey & Luck, L.L.P.
**Number/Street/Apt ▼**
6200 Chase Tower, 600 Travis
**City/State/ZIP ▼**
Houston, Texas 77002

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/27