IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WOMACK+HAMPTON ARCHITECTS, L.L.C. | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. A 01CA 591 JN |
| METRIC HOLDINGS LTD., PARTNERSHIP; CHILES ARCHITECTS, INC.; TRAMMELL CROW RESIDENTIAL COMPANY; TCR OPERATING COMPANY, INC.; TCR METRIC, L.P.; SOUTH CENTRAL RS, INC.; TCR SOUTH CENTRAL, INC.; TCR SOUTH CENTRAL1995, INC.; TCR SOUTH CENTRAL DIVISION L.P.; TCR METRIC CONSTRUCTION LTD. PARTNERSHIP; GARY CHILES; ROBERT BUZBEE; LEWIS BUNCH; KENNETH J. VALACH; PERRY WILSON; CHRIS WHEELER; J. RONALD TERWILLIGER Individuals Defendants. | § § § § § § § § § § § § § § § § § § § | JURY TRIAL DEMANDED |

**PLAINTIFF WOMACK+HAMPTON ARCHITECTS, L.L.C.'S**
**DESIGNATION OF EXPERT WITNESSES**

Pursuant to the Scheduling Order entered in the above matter on January 9, 2002, Plaintiff Womack+Hampton Architects, L.L.C. herein designates the following experts to testify at trial:

(1)   Thomas W. Colbert; and

(2)   Richard J. Domercq.

Defendants have thus far refused to respond to discovery propounded by Plaintiff in this action. Plaintiff has filed several motions to compel this discovery, and these motions are currently pending with the Court. Plaintiff therefore reserves the right to designate other expert witnesses if required to speak on that discovery withheld by Defendants.

Plaintiff further reserves the right to designate other expert witnesses, not identified above, in rebuttal.

                        Respectfully submitted,

                        **SANKEY & LUCK, L.L.P.**

By: _____
        Gregory M. Luck
        Texas State Bar No. 12666380
        Thomas W. Sankey
        Texas State Bar No. 17635670
        SANKEY & LUCK, L.L.P.
        6200 Chase Tower
        600 Travis
        Houston, Texas 77002
        Telephone: (713) 224-1007
        Facsimile: (713) 223-7737

        Timothy N. Trop
        TROP, PRUNER & HU, P.C.
        State Bar No. 20236600
        8554 Katy Freeway, Suite 100
        Houston, Texas 77024
        Telephone: (713) 468-8880
        Facsimile: (713) 468-8883

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff Womack+Hampton Architects, L.L.C.'s motion to Designate Expert Witnesses at Trial has been served on the following counsel of record via certified mail, return receipt requested, on this the 2nd day of August, 2002:

Rick Harrison
Fritz, Byrne, Head & Harrison, L.L.P.
98 San Jacinto, Suite 2000
Austin, Texas 78701

Richard D. Yeomans
Graves, Dougherty, Hearon & Moody
515 Congress Ave., Suite 2300
Austin, Texas 78701

*Melinda Bliler*
Gregory M. Luck

3