

FILED
AUSTIN DIVISION

2003 FE -3  PM 4: 11

CLERK U.S. DISTRICT COURT
U.S. CLERK'S OFFICE

BY:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WOMACK+HAMPTON ARCHITECTS, L.L.C. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. A 01CA 59 1 JN |
| | § | (Consolidated No. A-02 CV 793 JRN) |
| | § | |
| METRIC HOLDINGS LTD., et al. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**PLAINTIFF, WOMACK+HAMPTON ARCHITECTS,
L.L.C.'S  REPORT MADE PURSUANT
TO LOCAL RULE CV-88(b)**

Pursuant to Local Rule CV-88(b), Plaintiff, Womack+Hampton Architects, L.L.C.

("WHA") herein submits its Alternative Dispute Resolution ("ADR") Report.

The parties, through their lead counsel, have discussed settlement of this case but to date

such discussions have not been fruitful.

WHA has been advised by counsel as to those ADR procedures available in the Western

District of Texas.

The parties previously participated in mediation concerning the facts and issues relating

to the underlying, first-filed action.  The results of this process were unsuccessful.  Should the

parties agree to revisit mediation, Plaintiff will supplement this statement to identify the agreed

mediation, the method by which he was selected and how he will be compensated.

277

Respectfully submitted,

SANKEY & LUCK, L.L.P.

Date: 2/3/03

Timothy N. Trop *by Mark Baw* SBN 00794565
*with permission*
Texas State Bar No. 20236600
TROP, PRUNER & HU, P.C.
8554 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone: (713) 468-8880
Facsimile:  (713) 468-8883

Gregory M. Luck
Texas State Bar No. 12666380
Thomas W. Sankey
Texas State Bar No. 17635670
SANKEY & LUCK, L.L.P.
6200 Chase Tower, 600 Travis
Houston, Texas 77002
Telephone: (713) 224-1007
Facsimile:  (713) 223-7737


ATTORNEYS FOR PLAINTIFF
WOMACK+HAMPTON ARCHITECTS, L.L.C.

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of PLAINTIFF, WOMACK+HAMPTON ARCHITECTS, L.L.C.'S REPORT MADE PURSUANT TO LOCAL RULE CV-88(b) has been served to opposing counsel by first class mail on this _3rd_ day of February, 2003 to:

Richard Harrison, Esq.
Fritz, Byrne, Head & Harrison, L.L.P.
98 San Jacinto, Suite 2000
Austin, Texas 78701

Richard D. Yeomans, Esq.
Graves, Dougherty, Hearon & Moody
515 Congress Ave., Suite 2300
Austin, Texas 78701

John P. Cahill, Jr., Esq.
Stanton M. Childers, Esq.
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002

_____
Mark J. Rozman

3