FILED
AUSTIN DIVISION
2003 MY 20 PM 2:13

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WOMACK+HAMPTON ARCHITECTS, L.L.C, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | |
| METRIC HOLDINGS LTD., PARTNER-SHIP, CHILES ARCHITECTS, INC., TRAMMELL CROW RESIDENTIAL COMPANY, TCR OPERATING COMPANY, INC., TCR METRIC, L.P., SOUTH CENTRAL RS, INC., TCR SOUTH CENTRAL, INC., TCR SOUTH CENTRAL 1995, INC., TCR SOUTH CENTRAL DIVISION L.P., TCR METRIC CONSTRUCTION LTD. PARTNERSHIP, GARY CHILES, ROBERT BUZBEE, LEWIS BUNCH, KENNETH J. VALACH, PERRY WILSON, CHRIS WHEELER, and J. RONALD TERWILLIGER, | § § § § § § § § § § § § § § § § | Civil Action No. A:01CA591 JN (Consolidated with A:02CA793 JN) |
| Defendants. | § | |

**PLAINTIFF'S REQUEST FOR ORAL HEARING**

*Docketed As: Motion for Hearing*

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Womack+Hampton Architects, L.L.C. in the above-entitled and numbered cause and files this its Request for Hearing, and would show the Court the following:

1. The Motions for Award of Attorneys' Fees filed by the Chiles Defendants and the Trammell Crow Defendants are set for submission after May 27, 2003, without a hearing.

2.  Western District of Texas Local Rule CV 7(i) permits Plaintiff to request a hearing and to present evidence on these Motions. Plaintiff therefore asks this Court to set the Motions for hearing so counsel for Plaintiff may present evidence.

WHEREFORE, Plaintiff Womack +Hampton Architects, L.L.C. requests that the Court grant this Request, set the Motions for Award of Attorneys' Fees filed by Chiles Architects and Gary Chiles and the Trammell Crow Defendants for oral hearing, and for all other relief to which Plaintiff may be entitled.

Respectfully submitted,

**HANCE, SCARBOROUGH, WRIGHT WOODWARD & WEISBART, L.L.P.**
111 Congress Avenue, Suite 500
Austin, Texas 78701
(512) 479-8888 Telephone
(512) 482-6891 Facsimile

By: _____
Terry L. Scarborough
State Bar No. 17760000

Gregory M. Luck
State Bar No. 12666380
Thomas W. Sankey
State Bar No. 17635670
**SANKEY & LUCK, L.L.P.**
6200 Chase Tower, 600 Travis
Houston, Texas 77002
(713) 224-1007 Telephone
(713) 223-7737 Facsimile

Timothy N. Trop
State Bar No. 20236600
**TROP, PRUNER & HU, P.C.**
8554 Katy Freeway, Suite 100
Houston, Texas 77024
(713) 468-8880 Telephone
(713) 468-8883 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail (return receipt requested)
- ☒ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery

on this 20th day of May, 2003, to-wit:

Rick Harrison
FRITZ BYRNE HEAD & HARRISON, L.L.P.
98 San Jacinto, Suite 2000
Austin, Texas 78701
(512) 476-2020
(512) 477-5267 (fax)
ATTORNEYS CHILES DEFENDANTS

Richard D. Yeomans
GRAVES DOUGHERTY HEARON
  & MOODY, L.L.P.
515 Congress Avenue, Suite 2300
Austin, Texas 78701
(512) 480-5600
(512) 478-1976 (fax)
ATTORNEYS FOR CROW DEFENDANTS

John P. Cahill
HAYS MCCONN RICE & PICKERING
1200 Smith Street, Suite 4200
Houston, Texas 77002
(713) 654-1111
(713) 650-0027 (fax)
ATTORNEYS FOR SDT DEFENDANTS

_Terry L. Scarborough_
Terry L. Scarborough